(101 So. 778)

Ex parte Charlie GALIS. (4 Div. 178.)

(Supreme Court of Alabama. Oct. 30, 1924.)

Certiorari to Court of Appeals.

Marcus J. Fletcher and J. Morgan Prestwood, both of Andalusia, for petitioner.

Harwell G. Davis, Atty. Gen., opposed.

MILLER, J. Petition of Charlie Galis for certiorari to the Court of Appeals to review and revise the judgment and decision of said court in the case of Galis v. State, 20 Ala. App. 300, 101 So. 778.

Writ denied.

ANDERSON, C. J., and SAYRE and GARDNER, JJ., concur.

---

(101 So. 772)

Ex parte Bill PERKINS. (7 Div. 530.)

(Supreme Court of Alabama. Oct. 30, 1924.)

Certiorari to Court of Appeals.

E. O. McCord & Son, of Gadsden, for petitioner.

Harwell G. Davis, Atty. Gen., opposed.

PER CURIAM. Petition of Bill Perkins for certiorari to the Court of Appeals to review and revise the judgment and decision of that court in the case of Perkins v. State, 20 Ala. App. 276, 101 So. 770.

Writ denied.

ANDERSON, C. J., and SAYRE, GARDNER, and MILLER, JJ., concur.